STATE of Missouri,
Plaintiff/Respondent,

v.

Edwin F. ARENTSEN,
Defendant/Appellant.

No. 58114.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 30, 1991.

Harold G. Johnson, Mitchell Johnson, St. Ann, for defendant-appellant.

Kathi Alizadeh, Asst. Pros. Atty., St. Louis, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of trespassing, a violation of § 569.140 RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).